[No. 8084–9–I. Division One. December 8, 1980.]

LESTER R. POLLART, ET AL, *Appellants,* v. WILSON DEWITT CLARK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 844247, Frank D. Howard, J., entered September 21, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Callow, C.J., and James, J.

[No. 8166–7–I. Division One. December 8, 1980.]

*In the Matter of the Welfare of* ANGELA LEE JOHANSON, SANDIE BUNNEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. W–70, Frank J. Eberharter, J., entered October 30, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 7928–0–I. Division One. December 8, 1980.]

JAMES C. CHAMBERS, ET AL, *Appellants,* v. GEORGE D. LAMBERT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island County, No. 11010, Richard L. Pitt, J., entered August 24, 1979. *Affirmed* by unpublished opinion per James, J., concurred in by Callow, C.J., and Ringold, J.